UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: 6:09-CV-1273-ORL-31KRS

GEORGE RICHARDSON,
    Plaintiff,

vs.

BEACH ISLAND RESORT LESSEES
ASSOCIATION, INC.,
    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, GEORGE RICHARDSON, and Defendant, BEACH ISLAND RESORT LESSEES ASSOCIATION, INC., by and through their undersigned counsel, hereby submit this Notice of Settlement and state that the parties have reached a settlement in this cause, and that the settlement documents have been finalized and are in the process of being executed. The parties hereby request a two week extension of all pre-trial deadlines in order to finalize the settlement and file with the Court a Stipulation for Voluntary Dismissal.

Dated: October 27, 2009.

Respectfully submitted,

| | |
|---|---|
| WHITELOCK & ASSOCIATES, P.A. | LITCHFIELD CAVO, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 300 S.E. 13th Street | 600 Corporate Drive, Suite 600 |
| Fort Lauderdale, FL 33016 | Fort Lauderdale, FL 33334 |
| Telephone:   (954) 463-2001 | Telephone:   (954) 689-3000 |
| Facsimile:   (954) 463-0410 | Facsimile:   (954) 689-3001 |
| | |
| s/Christopher J. Whitelock | s/Geralyn Passaro |
| Christopher J. Whitelock | Geralyn Passaro |
| Florida Bar Number: 0067539 | Florida Bar Number: 613533 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                                s/Christopher J. Whitelock
                                                CHRISTOPHER J. WHITELOCK

## SERVICE LIST

Geralyn Passaro, Esq.
LITCHFIELD CAVO, LLP
Attorneys for Defendant
Radice Corporate Center
600 Corporate Drive, Suite 600
Ft. Lauderdale, FL 33334
Phone: (954) 689-3000
Fax:    (954) 689-3001